IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANA VANGJELI            :<br>    *Plaintiff, pro se*        :<br>                             :<br>                             :<br>    v.                       :<br>                             :<br>CITY OF PHILA, FREE LIBRARY, :<br>HR's                         :<br>    *Defendants*             : | CIVIL ACTION<br><br>NO. 15-1566 |

# O R D E R

**AND NOW**, this 30th day of September 2015, upon consideration of the *motion to dismiss* filed by Defendant City of Philadelphia, [ECF 5], and Plaintiff's responses in opposition thereto, [ECF 9, 10], it is hereby **ORDERED**, consistent with the Memorandum Opinion filed on this day, that Defendant's motion is **GRANTED**. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
NITZA I. QUIÑONES ALEJANDRO, J.